UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FIELDING VAUGHN KIMERY                                                    PLAINTIFF
ADC #133741

V.                              No. 4:20CV00692-SWW-JTR

SCOTT TAYLOR, Captain,
Varner SuperMax, *et al.*                                                 DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.     Kimery may proceed with his § 1983 excessive force claims against Defendants Cornelius Christopher and Brian Perkins.

2.     The Clerk is directed to prepare a summons for Christopher and Perkins. The United States Marshal is directed to serve the summons, complaint, amended complaint, supplement to the amended complaint, and second amended complaint (*Docs. 2, 15, 42 & 44*), and this Order, on them through the ADC Compliance Division without prepayment of fees and costs or security therefor.[1]

---

[1] If any of the Defendants are no longer ADC employees, the ADC Compliance Office must file a **sealed** statement providing the unserved Defendant's last known private mailing address.

1

3. All of Kimery's claims against all other Defendants are dismissed without prejudice.

4. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 5th day of April, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE