IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FIELDING VAUGHN KIMERY**
**ADC #133741**                                                                                          **PLAINTIFF**

V.                          NO. 4:20-cv-00692-SWW-JTR

**SCOTT TAYLOR, Captain,**
**Varner SuperMax,** *et al.*                                                                  **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition issued by Magistrate Judge J. Thomas Ray. *Doc. 122*. After careful review of the Recommended Disposition, Plaintiff's objections (*Doc. 123*), and pertinent portions of the record, the Court concludes that Judge Ray's findings and recommendation should be, and hereby are, approved and adopted, in all respects, as the Court's.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment (*Doc. 82*) is GRANTED, and pursuant to the Judgment entered with this Order, this action is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.

IT IS SO ORDERED, this 4th day of March, 2022.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE