# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**FIELDING VAUGHN KIMERY**
**ADC #133741**                                                                                          **PLAINTIFF**

V.                              NO. 4:20-cv-00692-SWW-JTR

**SCOTT TAYLOR, Captain,**
**Varner SuperMax,** *et al.*                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 4th day of March, 2022.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE